No. 122. ONE BUICK SEDAN ET AL. *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Nathan Boone Williams* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller* and *Mahlon D. Kiefer* for the United States.

No. 124. FIRST NATIONAL BANK ET AL. *v.* HARRISON COUNTY ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William J. Donovan, Ellsworth C. Alvord,* and *Harry L. Robertson* for petitioners. *Messrs. George S. Wright* and *Addison G. Kistle* for respondents.

No. 125. DUFFIN *v.* LUCAS, FORMERLY COLLECTOR OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Elwood Hamilton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, John H. McEvers,* and *Erwin N. Griswold* for respondent.

No. 126. TAMIAMI INVESTMENT Co. *v.* BERK. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George E. Alter* for petitioner. No appearance for respondent.

No. 127. McCLELLAN *v.* CALIFORNIA. October 10, 1932. Petition for writ of certiorari to the District Court of Ap-